In the Matter of the Claim of EDWARD CLEMMONS, Appellant, against NEW YORK LIFE INSURANCE COMPANY et al., Respondents. SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JAMES McDEVITT, Appellant, against MAJOR GARAGE HOLDING CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

ADMIRAL CORPORATION, Respondent, v. REINES DISTRIBUTORS, INC., Appellant. (Action No. 1.) ADMIRAL CREDIT CORPORATION, Respondent, v. REINES DISTRIBUTORS, INC., Appellant. (Action No. 2.) — Motion for stay denied, without costs. Appellant may renew its motion therefor if respondents are not ready to argue the appeal at the November 1959 Term. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

ROSE T. MALASPINA, as Administratrix of the Estate of PETER A. MALASPINA, Deceased, Respondent, v. STEPHANIE W. GILBERT et al., Appellants. — Application for an order adding the above appeal to the calendar for the current term of this court. Application granted. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. — Motion to dismiss appeals from decrees and orders of the Surrogate's Court, Rensselaer County, in the above-entitled proceeding. Motions granted, without costs, and without prejudice. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS ZUCKMAN, on Behalf of SI HALL ROGERS, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Appeal added to the calendar for the present term of this court upon stipulation. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PASQUALE ROMANO, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH PATNO, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Francis H. Neverett, Esq., Plattsburgh, New York, is hereby assigned as counsel for defendant-appellant. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.